# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENARD PITNEY, | : | |
|        Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 19-799 |
| | : | |
| CITY OF CHESTER, | : | |
|        Defendant. | : | |
| | : | |

## O R D E R

And now, this 20th day of May, 2020, for the reasons provided in my Memorandum Opinion (Doc. No. 33), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**. It is **FURTHER ORDERED** that Defendant shall respond to Plaintiff's Motion for Leave to Amend the Complaint (Doc. No. 14) **no later than** Thursday, May 28, 2020.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.