# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENARD PITNEY,** : | |
|     **Plaintiff,** : | |
| : | |
|     **v.** : | Civ. No. 19-799 |
| : | |
| **CITY OF CHESTER,** : | |
|     **Defendant.** : | |
| : | |

# O R D E R

**AND NOW**, this 22nd day of July, 2020, upon consideration of Plaintiff's unopposed Motion to Extend Scheduling Order Deadlines (Doc. No. 53), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. It is **FURTHER ORDERED** that my Amended Class Discovery Scheduling Order (Doc. No. 52) is **AMENDED** as follows:

1. The Parties shall **complete** all class discovery by **September 2, 2020**. **The Parties shall conduct discovery remotely (e.g. exchange all documents electronically; take depositions by videoconference; etc.) pending further Order of the Court**;

2. Plaintiff shall file his class certification motion(s), together with supporting brief, no later than **September 16, 2020**. Responses shall be filed no later than **September 30, 2020**; and

3. A hearing on class certification will be held on **Thursday, October 15, 2020** at 2:00 p.m. in Courtroom 14A, United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106.

**No further extensions, absent good cause, will be granted.**

                                      **AND IT IS SO ORDERED.**

                                      */s/ Paul S. Diamond*

                                      _____

                                      Paul S. Diamond, J.